# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GLENN T. JONES, SR.; MARSHA JONES, his wife, | ) ) | |
| Plaintiffs | ) ) | |
| vs. | ) ) | Civil Action No. 09-819 |
| | ) | Chief Magistrate Judge Amy Reynolds Hay |
| PENNY FORECLOSURES, LLC; PENNY FORECLOSURES, II, LLC; DOME PROPERTIES, LLC; CARLOS DE OLIVEIRA and WENDY DE OLIVEIRA, his wife, | ) ) ) ) ) ) | |
| Defendants | ) | |

## ORDER

AND NOW, this 5th day of February, 2010, it is hereby ORDERED that the Defendants' Motion to Dismiss [Doc. 19] the Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(7) for failure to join a necessary party is DENIED.

It is also ORDERED that the Defendants' Motion to Dismiss [Doc.19] the Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim is GRANTED as to Counts I and IV of the Amended Complaint, and DENIED as to Counts III and IV.

By the Court,
/s/ *Amy Reynolds Hay*
Chief United States Magistrate Judge

cc: Counsel of Record via CM-ECF